

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-16-00132-CR

---

AARON CUTHBERT MOONA, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the Criminal District Court No. 2
Tarrant County, Texas
Trial Court No. 1444745D

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Aaron Cuthbert Moona has filed a motion to dismiss this appeal. The motion was signed by both Moona and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     October 25, 2016
Date Decided:       October 26, 2016

Do Not Publish